## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TODD ) | |
| ) | Case No: 13-cv-4018 |
| v. ) | |
| ) | Judge: Matthew F. Kenn*elly* |
| SILVERSTEIN, ET AL. ) | |

## **ORDER**

Plaintiff's motion to dismiss defendant Starr Indemnity and Liability Company with prejudice is granted [39]. All claims against all defendants have now been dismissed with prejudice.


Date: August 5, 2013                                      /s/ Judge Matthew F. Kennelly